AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| SHAKEEL PERFECTION ALLAH | ) Case No: __10-69 (08)__ |
| | ) USM No: _____ |
| | ) |
| Date of Original Judgment: __02/08/2011__ | ) |
| Date of Previous Amended Judgment: _____ | Katherine Menendez |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ❐  the Director of the Bureau of Prisons      the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___148___ months **is reduced to** ___120 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___02/08/2011___ shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: ___11/10/15___ | s/ Michael J. Davis |
| | *Judge's signature* |
| | |
| Effective Date: 11/1/2015 | Chief Judge Michael J. Davis |
| *(if different from order date)* | *Printed name and title* |